James J. Rufo, Esq.
Cushner & Associates, P.C.
*Attorneys for the Debtor*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
jrufo@cushnerlegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

IN RE:                                                                    CHAPTER 13

      CHRISTOPHER JENNINGS,                        CASE NO. 17-23405 (RDD)

               DEBTOR

---------------------------------------------------------X

**AMENDED NOTICE OF PRESENTMENT OF ORDER VOIDING HSBC MORTGAGE**
**CORPORATION USA'S SECOND MORTGAGE LIEN LISTED ON DEBTOR'S**
**SCHEDULE D PURSUANT TO 11 U.S.C. §§ 506(a) AND 506(d) AND 1322(b)**
**AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014**

        **PLEASE TAKE NOTICE THAT** upon the debtor, Christopher Jennings' (the "Debtor")

Notice of Motion and Motion Voiding HSBC Mortgage Corporation USA's second mortgage lien

pursuant to 11 U.S.C. §§ 506(a) and 506(d) and 1322(b) and Federal Rule of Bankruptcy

Procedure 9014 (the "Motion") of James J. Rufo, Esq. dated, July 5, 2018 of Cushner &

Associates, P.C., will move the this Court before the Honorable Robert D. Drain, United States

Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300

Quarropas Street, White Plains, New York 10601 on **SEPTEMBER 6, 2018 at 12:00 P.M.** for

an Order: 1) valuing the second mortgage lien against the debtor's real property located at 3105

Wharton Drive, Yorktown Heights, New York (the "Property") at ZERO, declaring said second

mortgage lien void and disallowing said lien; 2) reclassifying HSBC Mortgage Corporation

USA's second mortgage lien as wholly unsecured in the amount of $135,000.00 as a general

unsecured claim; and 3) for such other and further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, are to be served on the undersigned and filed at least seven (7) days before the hearing date. The objection and proof of service shall be filed and a courtesy copy shall be provided to chambers.

Dated: White Plains, New York
August 21, 2018

Respectfully submitted,

By: */s/ James J. Rufo*
James J. Rufo, Esq.
Cushner & Associates, P.C.
*Attorneys for Debtor*
399 Knollwood Road, Suite 205
White Plains, New York 10603
(914) 600-5502 / (914) 600-5544
jrufo@cushnerlegal.com